# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Darin Gene Berry, | Civil No. 18-cv-0934 (SRN/TNL) |
| Petitioner, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| Warden R. Marques, | |
| Respondent. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 18, 2018 [Doc. No. 15], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, [Doc. No. 1], is **DISMISSED**.

2. Petitioner's Motion to Stay Execution of Proceedings and Amend Response After Disposition of Grievance Pursuant to Fed. R. Civ. P. 62(B), [Doc. No. 12], is **DENIED AS MOOT.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 7, 2018
s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge